(June 17, 2003)

■ In the Matter of JAMES E. BANAGAN, a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [760 NYS2d 365] —Per Curiam. Respondent was admitted to practice by this Court in 1974 and maintained a law office in the City of Albany. He is currently suspended from practice (*Matter of Banagan*, 271 AD2d 748 [2000]).

Respondent admits charges that, in violation of the attorney disciplinary rules, he engaged in the unauthorized practice of law in contravention of this Court's order of suspension by representing two former clients (*see* Code of Professional Responsibility DR 3-101 [a] [22 NYCRR 1200.16 (a)]; *see also* 22 NYCRR 806.9 [a]), attempted to mislead and deceive the clients as to the status of their matters (*see* DR 1-102 [a] [4] [22 NYCRR 1200.3 (a) (4)]), failed to file an affidavit of compliance with the order of suspension as required by this Court's rules (*see* 22 NYCRR 806.9 [f]; DR 1-102 [a] [5] [22 NYCRR 1200.3 [a] [5]), and failed to cooperate with petitioner's investigation (*see* DR 1-102 [a] [5] [22 NYCRR 1200.3 (a) (5)]).

Having heard respondent in mitigation, but considering his disciplinary record, the serious nature of his misconduct and this Court's obligation to protect the public, deter similar misconduct and preserve the reputation of the bar, we conclude that respondent's suspension from practice should be extended for two years, effective May 27, 2002.

Crew III, J.P., Spain, Carpinello, Mugglin and Kane, JJ., concur. Ordered that respondent is found guilty of the professional misconduct charged and specified in the petition; and it is further ordered that respondent's current suspension from practice is extended for a period of two years, effective May 27, 2002, and until further order of this Court; and it is further ordered that respondent, for the period of his suspension, is commanded to continue to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; he is forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another any opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (*see* 22 NYCRR 806.9).